**THE ROMERO FIRM LLC**
ATTORNEYS AT LAW
400 Market Street 4th Floor
Newark, New Jersey 07105

T: 973-344-4600
F: 973-344-4601
www.theromerofirm.com

September 11, 2026

**BY ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE:** ***Guarquila Sacoto v. Wilson , et al.*, No. 26-cv-10266**
**Motion to Withdraw Habeas Petition**

Dear Judge Williams:

This office Represents Mr. Guarquila Sacoto in the above-referenced habeas matter. Mr. Guarquila Sacoto wants to request Voluntary Departure as he wishes to return to his home country. In order to effectuate his release and flight home, we respectfully request to withdraw Mr. Guarquila Sacoto's habeas petition.

Sincerely,

Custodio A. Romero

Custodio A. Romero
The Romero Firm LLC
*Attorney for Petitioner*

CC: All counsel of record (via electronic filing)

SO ORDERED.

BRIAN R. MARTINOTT, USDJ
DATED: 09/14/2026